UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABDOULAYE BAH,<br><br>                Plaintiff,<br><br>  -against-<br><br>MICHAEL'S STORES, INC.,<br><br>                Defendant. | 24-CV-10015 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      On March 28, 2028, I held a status conference at which I raised the question whether this Court has subject matter jurisdiction over this matter in light of the amount in controversy. After the conference, I ordered Plaintiff to show cause why the case should not be remanded to state court for lack of subject matter jurisdiction in light of the amount in controversy, with the order being returnable on April 28, 2025. (ECF 10.) Plaintiff has not responded to the order to show cause. I am sua sponte and nunc pro tunc extending the deadline for responding to the order to show cause until **May 7, 2025**. If Plaintiff does not respond to the order to show cause by that time, or request an extension of time to do so, I will consider appropriate sanctions, up to and including dismissal of this case without prejudice for failure to prosecute.

DATED:    April 30, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge