UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abdoulaye Bah,<br><br>      Plaintiff,<br><br> -against-<br>Michael's Stores, Inc.,<br><br>      Defendant. | 24cv10015 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendant's motion for partial summary judgment on damages is due by **September 8, 2025.** Plaintiff's opposition is due by **September 29, 2025.** Defendant's reply is due by **October 14, 2025**.

DATED: August 8, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge