UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDOULAYE BAH,

Plaintiff,

-against-

MICHAEL'S STORES, INC.,

Defendant.

24-CV-10015 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 21, 2026, I ordered the parties to, among other thing, file a joint letter updating the court on the status of the discovery on the first business day of each month until the close of all discovery, including on October 1, 2026. The parties have not complied. Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update until **October 5, 2026**.

DATED: October 2, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**